United States District Court
District of Massachusetts

| | |
|---|---|
| KEITH RUDY, JR., THERESE COOPER, JOHN DAVIS, FRANCIS AUBREY, DENNIS DALEY, ANGELA MAILLE, DENISE PELLETIER, SEAN O'CONNELL, TIMOTHY LEKITES, STEPHEN PARIS, ERIN DALTON, MILDRED BADILLO, et al., Plaintiffs, v. CITY OF LOWELL, Defendant. | Civil Action No. 07-11567-NMG |

MEMORANDUM & ORDER

GORTON, J.

The named plaintiffs brought suit on behalf of themselves and others similarly situated against the City of Lowell ("the City") for violating the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207, by under-calculating the "regular rate" of pay used to calculate overtime wages. It was determined that the three wage augmentations at issue must be included in that regular rate. Rudy v. City of Lowell, 716 F. Supp. 2d 130, 133 (D. Mass. 2010). Thereafter, on March 14, 2011, the Court issued a Memorandum & Order holding that 1) the City's offset calculation, pursuant to 29 U.S.C. § 207(h)(2), must be calculated on a week-by-week basis and not on a cumulative basis, 2) a two-year statute of limitations will apply and 3) the plaintiffs are not

entitled to liquidated damages. Rudy v. City of Lowell, No. 07-11567, 2011 WL 915334, *8 (D. Mass. Mar. 14, 2011).

In accordance with that M&O, the parties submitted their respective formulae for calculating damages on March 24, 2011. Surprisingly, plaintiffs argue that some of the premium payments pursuant to their collective bargaining agreement cannot be used to offset the overtime that the City owes under the FLSA. The Court considers that argument to have been waived, however, because it was not raised in the briefing on damages submitted in January, 2011 or at the hearing in March, 2011.

Instead, the Court will adopt the City's formula for calculating the payment shortfall and any offsets pursuant to § 207(h)(2) because it is clear and consistent with the Court's understanding of the FLSA.

### ORDER

In accordance with the foregoing, the City's proposed formula for calculating damages (Docket No. 54) is **ADOPTED**. The City shall submit a progress report on the final calculation on or before May 12, 2011 and its final calculation on or before June 29, 2011.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated March 29, 2011