# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


 Keith Rudy, Jr., et al., 
                            **Plaintiff**

                    **V.**

 City of Lowell, 
                            **Defendant**

**CIVIL ACTION**

**NO.   07-11597-NMG**


## JUDGMENT


   Gorton,   D. J.


        In accordance with the Court's Memorandum and Order dated   March 14, 2011   allowing in part and denying in part Defendant's motion for summary judgment [37], and in accordance with the Court's Memorandum and Order of   March 29, 2011   adopting Defendant's brief on calculating damages [54] in the above-entitled  action, it is hereby ORDERED:


        The City shall submit a progress report on the final calculation on or before May 12, 2011 and its final calculation on or before June 29, 2011.  This matter shall be closed pursuant to the allowance of the summary judgment motion, pending a Final Order after the consideration of final calculation of damages.


                                        **By the Court,**


**3/29/2011**                           **/s/Christine M. Patch**
**Date**                                **Deputy Clerk**